



| | |
|---|---|
| 1 | S. FEY EPLING (SBN #190025) |
| | fey.epling@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA 94105-2235 |
| | Telephone:   (415) 591-7500 |
| 4 | Facsimile:   (415) 591-7510 |

Attorneys for Defendant
THE VANGUARD GROUP, INC.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAUREEN DWYER SWINDEN,
TRUSTEE OF THE THOMAS R.
DWYER TRUST,

    Plaintiff,

v.

THE VANGUARD GROUP, INC.,

    Defendant.

Case No. CV 09 3816 SI

NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441(b)

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE that defendant The Vanguard Group, Inc. ("Vanguard"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441 and 1446, and in accordance with 28 U.S.C. § 1332, hereby removes the above-captioned matter from the Superior Court of California, Contra Costa County, Docket No. C09-01862, to the United States District Court for the Northern District of California. In support thereof, Vanguard avers as follows:

    1.    On or about July 2, 2009, Plaintiff Maureen Dwyer Swinden ("Plaintiff") commenced this action by filing a Complaint in the Superior Court of California, Contra Costa County as case number C09-01862. A true and correct copy of the Complaint is attached hereto as Exhibit A.



DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B)
SF01/ 649126.1

CASE NO.

2. The first date upon which Vanguard received a copy of the Complaint was when Vanguard was served with a copy of the Complaint and a summons from said state court on July 22, 2009. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit B is a true and correct copy of the Summons and all other process, pleadings and orders that Plaintiff has served on Vanguard as of the date of this Notice.

3. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one that Vanguard may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

4. There is complete diversity of citizenship between Plaintiff, who is a citizen of California (Compl. ¶ 1), and Vanguard, which is a Pennsylvania corporation with its principal place of business in Valley Forge, Pennsylvania. Vanguard is the only defendant named in the Complaint, and it is the only defendant to have been served with a summons and complaint in the action.

5. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Although Vanguard denies it has any liability to Plaintiff, Plaintiff alleges that her damages are "$190,655 plus interest . . . costs of suit and reasonable attorney fees." *Id.* ¶ 11.

6. Accordingly, this action is one over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). This action is therefore removable pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal is filed within the thirty-day time period prescribed by 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

8. Pursuant to 28 U.S.C. § 1441(a), removal to the United States District Court for the Northern District of California is proper because that District embraces the Superior Court of California, Contra Costa County, where this action is currently pending. *See* 28 U.S.C. § 84(a).

9. In accordance with 28 U.S.C. § 1446(d), Vanguard shall promptly file a copy of this Notice of Removal in the Superior Court of California, Contra Costa County and shall promptly give written notice of the filing of this Notice of Removal to counsel for Plaintiff.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B)
SF01/649126.1

- 2 -

CASE NO.

1  10. By removing the action to this Court, Vanguard does not waive any defenses, objections or motions available to it under federal or state law. Vanguard expressly reserves the right to move for judgment in its favor pursuant to Rules 12 and 56 of the Federal Rules of Civil Procedure.

WHEREFORE, pursuant to 28 U.S.C. §§ 1441 and 1446, Vanguard respectfully removes the above-captioned action now pending in the Superior Court of California, Contra Costa County at Docket No. C09-01862.

Dated: August 19, 2009

DRINKER BIDDLE & REATH LLP

By: _____
S. Fey Epling

Attorneys for Defendant
THE VANGUARD GROUP, INC.
DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B)
SF01/649126.1

- 3 -

CASE NO.

**EXHIBIT A**

LAWRENCE ALIOTO
California State Bar No. 38931
582 Market St., Ste. 607
San Francisco, CA 94104
Telephone: (415) 399-0533
Fax: (415) 399-9868
Email: larralioto@yahoo.com

Attorney for Plaintiff
Maureen Dwyer Swinden,
Trustee of the Thomas R. Dwyer Trust

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

(WALNUT CREEK DIV.)

| | |
|---|---|
| MAUREEN DWYER SWINDEN, TRUSTEE OF THE THOMAS R. DWYER TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> THE VANGUARD GROUP, INC., <br><br> Defendant. | Case No. C09 01862 <br><br> **COMPLAINT FOR DAMAGES** <br><br> PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT 7 <br><br> SUMMONS ISSUED |

The Parties

1. Plaintiff is an individual residing at all times pertinent hereto at 1255 Avenida Sevilla, #1B, Walnut Creek, California 94595. With her sister, Sally D. Slichter, plaintiff is a co-trustee of the Thomas R. Dwyer Trust.

2. Defendant, The Vanguard Group, Inc., is an investment management company registered with the Securities and Exchange

1
COMPLAINT FOR DAMAGES

1 Commission, with its headquarters in Valley Forge, Pennsylvania.
2 Defendant has a California corporation number (C3059244) and is
3 registered to do business in California and is on active status.
4 Defendant does business in California and did business with
5 plaintiff and the Thomas R. Dwyer Trust in California with respect
6 to the matters alleged in this case.

### Pertinent Facts

7. 3. In October of 2000 the Thomas R. Dwyer Trust entered
8 into a written agreement with defendant. Portions of that
9 agreement presently in plaintiff's possession are attached hereto.

4. Defendant opened an account for the said Trust. The
number of the account is #09944824000.

5. The stipulation and agreement of the parties, as
reflected in the attached documents, is that all withdrawals or
wire redemptions on the said account require the prior approval of
plaintiff and Sally D. Slichter.

6. As appears from the attached summary, on July 5 and 6,
2006, $190,655 was withdrawn from the account of the Thomas R.
Dwyer Trust. The said amount of $190,655 was transferred by wire
to the account of Sally D. Slichter, at the sole request of Sally
D. Slichter, and without the prior knowledge, approval or consent
of plaintiff, contrary to the agreement of Defendant and the
Thomas W. Dwyer Trust. Sally D. Slichter paid the said amount of
$190,655 to herself. She refuses to repay the same to the Trust.

### Causes of Action

### Breach of Contract

7. The foregoing facts constitute breach of the written
agreement between Thomas R. Dwyer Trust and defendant.

### Breach of Fiduciary Duty

8. The foregoing facts constitute a breach of the fiduciary duty owed by defendant to the Thomas R. Dwyer Trust.

### Mistake

9. The foregoing facts constitute actionable mistake within the meaning of California Code of Civil Procedure 338.

### Negligence and Professional Negligence

10. The foregoing facts constitute negligence and professional negligence on the part of defendant with regard to the duty of care which defendant owes to the Thomas R. Dwyer Trust and the beneficiaries thereof.

### **Prayer**

11. Wherefore plaintiff prays for a judgment requiring Defendant to pay to the Thomas R. Dwyer Trust the amount of $190,655 plus interest at 10% from July 5, 2006 to the date of entry of judgment on the award, plus costs of suit and reasonable attorney fees.

July 2, 2009

San Francisco, CA

*Lawrence Alioto* (signature)

Lawrence Alioto
Attorney for Maureen Dwyer Swinden, Trustee

---

3

**COMPLAINT FOR DAMAGES**

http://www.leginfo.ca.gov/cgi-bin/displaycode?section=corp&group=01001-02000&file=1... 6/26/2009

Jun 29 09 03:35p    MAUREEN SWINDEN        925 9345389    p.1

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation

## New Account Application
## For Nonretirement Accounts

IMAGE PROCESSING
1999 OCT 24
99 4482 4000 THE Vanguard GROUP

1. **Account Registration** *(Please select only one [A, B, C, or D])*

   A.   **Individual or Joint Account**

   Owner's Name *(first, middle initial, last)*    Birth Date *(month, day, year)*    Social Security Number

   Joint Owner's Name *(first, middle initial, last)*    Birth Date *(month, day, year)*    Social Security Number

   Note: Joint accounts will be registered as joint tenants with full rights of survivorship unless otherwise indicated.

   B. ☐ **Uniform Gifts/Transfers to Minors Act (UGMA or UTMA) Account**

   Custodian's Name *(One custodian only [first, middle initial, last])*    Birth Date *(month, day, year)*    Social Security Number

   Minor's Name *(One minor only [first, middle initial, last])*    Birth Date *(month, day, year)*    Social Security Number

   Under the _____ Uniform Gifts/Transfers to Minors Act.
   State Under Which Gift/Transfer Is Being Made

   Note: Uniform Gifts/Transfers to Minors Act accounts will be registered under the minor's Social Security number. Please check with your state for legal age of majority.

   C. ☑ **Trust, Pension, or Profit-Sharing Account**

   Check one box: ☑ Trust account    ☐ Money purchase pension plan    ☐ Profit-sharing plan

   Check one box: ☐ Tax-exempt    ☐ Non-tax-exempt

   Sally D. Slichten Tws      Birth Date: 06-26-1943
   Trustee's Name *(first, middle initial, last)*

   Maureen D. Swinden      Birth Date: 07-16-1960
   Co-Trustee's Name *(first, middle initial, last)*

   Thomas R. Dwyer Trust    Thomas P. Dwyer
   Name of Plan or Trust Agreement    Beneficiary of Trust

   94-4509399 OR ☐☐☐-☐☐-☐☐☐☐    Date of Trust Agreement: 07-07-1994
   Employer Identification Number    Social Security Number    *(month, day, year)*

   Note: All documents, including this Application, *must* be signed by all trustees.

D. ☐ Business, Estate, or Organization Account.

Check one box   ☐ Corporation            ☐ Partnership        ☐ Sole proprietorship
                ☐ Unincorporated organization   ☐ Estate    ☐ Investment club
                ☐ Other entity

Check one box   ☐ Tax exempt             ☐ Non-tax-exempt

Name(s) of Sole Proprietor, Partners, or Authorized Person(s)/Applicants

Name or Business of Organization

08

Social Security Number                   Employer Identification Number

Note: Please attach a IRS Letter of Intent or an Corporate Organization Resolution Form or other supporting documents.

Co Trustee: Maureen Swinden
            126 Bonnie Brook Drive
            NAPA, CA 94558

2. Owner's Address and Citizenship Information

P.O. Box 69   7509 Lorani PLACE
Street Address and Apartment Number (P.O. box not acceptable)

~~Hwy~~ Moss Landing          CA      95039
City                          State   Zip

☐ U.S. citizen    ☐ Resident alien    ☐ Nonresident alien
(If no box is checked, you are certifying that you are a U.S. citizen.)

If you are a nonresident alien, enclose the appropriate IRS Form W-8 and specify your country of residence:

Owner, Trustee, or Custodian

831 633 2007                  8-3-1-6-3-3-2-0-0-7
Evening Telephone Number      Daytime Telephone Number

Joint Owner or Co-Trustee

707 224 8665                  7-0-7-2-2-4-8-6-6-5
Evening Telephone Number      Daytime Telephone Number

3. Duplicate Account Statements or Confirmations: *If you work for or are affiliated with a member of a stock exchange, the National Association of Securities Dealers [NASD], or the Municipal Securities Rulemaking Board [MSRB], you must provide your employer's mailing address in this section.*

☐ Duplicate statements   ☐ Duplicate confirmations   ☐ Duplicate statements and confirmations

Name (first, middle initial, last)

Street Address and Apartment Number

City                          State   Zip

4. **Investment Objectives and Brokerage Experience** *(This information is required under New York Stock Exchange Rule 405 and is kept confidential by VBS.)*

I am investing for *(check all that apply)*:

- [x] Income
- [x] Preservation of capital
- [ ] Trading or speculation
- [x] Growth
- [ ] Tax-exempt income

My trading experience is *(check one)*:

- [x] Novice
- [ ] Moderate
- [ ] Extensive

5. **Employment Information** *(This information is required under New York Stock Exchange Rule 405 and is kept confidential by VBS.)*

Owner, Trustee, or Custodian: Sally D. Slichter Jones

HOMEMAKER
Your Occupation *(If retired, please specify. If self-employed, state nature of business. If a student, provide name and address of school.)*

Name of Employer, Business, or School

8504 Laguna Place
Street Address

City: Moss Landing   State: CA   Zip: 95039

Joint Owner or Co-Trustee: Maureen D. Swinden

Homemaker
Your Occupation *(If retired, please specify. If self-employed, state nature of business. If a student, provide name and address of school.)*

Name of Employer, Business, or School

126 Bonnie Brook Drive
Street Address

City: Napa   State: CA   Zip: 94558

**Special Employment Information** *(Please check if applicable. This information is required by the NASD.)*

- [ ] I am a Vanguard employee.
- [ ] I am a director, 10% shareholder, or policy-making officer of a publicly owned company.

Name of Company

- [ ] I am affiliated with or working for a member of a stock exchange, the NASD, or the MSRB. *(If so, you must enclose a signed letter of approval from your employer to open this account.)*

6. **Your Annual Income** *(This information is required under New York Stock Exchange Rule 405 and is kept confidential by VBS.)*

- [ ] Less than $15,000
- [ ] $15,000–$24,999
- [x] $25,000–$49,999
- [ ] $50,000–$99,999
- [ ] $100,000 or more

Is this amount combined *(for joint accounts only)*? [ ] Yes [ ] No

Jun 29 09 03:35p        MAUREEN SV    DEN                          5 9345389              p.3

### 7. Establish a VBS Account *(Provide instructions and select account options for your VBS account.)*

To open a VBS account, you must maintain a current, identically registered Vanguard fund account; enclose a check for a minimum initial deposit of $3,000; or enclose endorsed certificates. If you are sending a check, please make it payable to **The Vanguard Group**. *(Eligible money market fund numbers are listed in Section 9.)*

You may check more than one box, but you must choose at least one of these options to open a VBS account.

☐ I am enclosing a check for $_____ ($3,000 minimum; $1,000 for UGMA/UTMA accounts) to establish a new Vanguard money market account.

☐ I am enclosing a check for $_____ to add to an existing Vanguard money market account.

Fund Number _____   Account Number _____

☐ No check is enclosed. The approximate amount of my Vanguard fund assets is $_____.

☑ I am requesting an account transfer from another brokerage firm *(Account Transfer form enclosed)*.

☐ I am depositing endorsed security certificates. *(Please consult the enclosed brochure,* Introduction to Vanguard Brokerage Services, *or call VBS at 1-800-992-8327 for endorsement instructions.)*

**Dividend and Capital Gains Payment Options for Your VBS Account**

☐ Reinvest distributions from eligible securities in additional shares.

☑ Sweep to money market settlement account specified in Section 9.

### 8. Additional Document Request

Please check any of the following boxes, call VBS Client Services at 1-800-992-8327, or visit us online (www.vanguard.com) to request forms.

☐ Margin Account Agreement    ☐ Options Application and Agreement

☐ Limited Trading Authorization *(to allow another person to trade on your account)*

### 9. Money Market Settlement Account

All VBS transactions settle through a linked, identically registered account in a Vanguard money market fund. Please provide settlement instructions below.

☐ Please settle my VBS transactions through my existing, identically registered Vanguard money market account:

Fund Number _____   Account Number _____

☑ Please establish a new identically registered settlement account in the fund checked below. *(If you do not specify a fund, we will establish your account in the Prime Money Market Fund.)*

☑ Prime Money Market Fund (0030)          ☐ Federal Money Market Fund (0033)

☐ Treasury Money Market Fund (0050)       ☐ Tax-Exempt Money Market Fund (0045)

☐ California Tax-Exempt                   ☐ New Jersey Tax-Exempt
  Money Market Fund (0062)                  Money Market Fund (0095)

☐ New York Tax-Exempt                     ☐ Pennsylvania Tax-Exempt
  Money Market Fund (0163)                  Money Market Fund (0063)

☐ Ohio Tax-Exempt                         ☐ Admiral™ Treasury Money Market Fund (0011)
  Money Market Fund (0096)                  *($50,000 minimum initial investment)*

Note: _____

**Dividend Options for Your Money Market Account** *(illegible)*

☐ Reinvest dividends to purchase additional shares

☐ *(illegible)* check to the address of record

## 10. Signatures of All Account Owners *(illegible)*

*(illegible paragraph)*

A. By signing this form, I/we certify under penalty of perjury that:

1. *(illegible)*
2. I/We are not subject to back-up withholding *(illegible)*
   a. *(illegible check box)* this box if you have been notified by the IRS that you are subject to back-up withholding because of underreporting interest or dividends on your tax return.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

B. I/We consent and agree to all terms and conditions of the enclosed Securities Account Agreement and acknowledge that the Securities Account Agreement contains a pre-dispute arbitration clause that is highlighted on the enclosed Agreement. I/We acknowledge receipt of a copy of this Agreement and a current prospectus for the applicable Vanguard money market fund. I/We also understand that VBS is a "limited" broker/dealer and, as such, acts strictly in the role of agent for its clients. VBS makes no recommendations concerning securities purchases and sales. All securities transactions accepted by VBS are on an unsolicited basis and are the result of independent action by me/us.

Unless I/we object in writing, I/we agree that, pursuant to Rule 14b-1(c) of the Securities and Exchange Commission, the Pershing Division of Donaldson, Lufkin & Jenrette Securities Corporation is obliged to provide my/our name(s) and address(es) to each requesting issuer in which I/we hold securities in your nominee name. This rule prohibits such issuer from using my/our name(s) and address(es) for any purpose other than corporate communications.

C. I/We have read and understand the money market settlement information in Section 9, and I/we agree to and authorize the settlement terms indicated.

Please sign here *(All owners must sign)*:

_Sally J. Stiefler Jones, Trustee_         10-15-2008
Signature (Owner, Trustee, Custodian, etc.)    Date (month, day, year)

_Maureen D Swinden, Trustee_              10-26-2008
Signature (Joint Owner, Co-Trustee, Custodian, etc.)    Date (month, day, year)

01/11/01 THU 16:47 FAX 3106695200  VANGUARD  ☒001

IMP
JAN 1 5 2001
R0032

## Vanguard Wire Redemption Service


THE **Vanguard** GROUP

Use this form to add Wire Redemption Service to your account or to change information for your existing service. This service allows you to request a redemption by telephone and have the proceeds wired to your bank. (Only the following funds allow wire redemptions: Vanguard Admiral Funds, Vanguard Bond Index Fund, Vanguard Fixed Income Securities Fund, Vanguard Money Market Portfolios, Vanguard Municipal Bond Fund, Vanguard Preferred Stock Fund, and Vanguard State Tax-Free Funds.) When we receive your completed form, we will mail you a statement confirming that you are authorized to use the Wire Redemption Service. After receiving this confirmation, you may call Vanguard at 1-800-662-2739 to request wire redemptions. Please note that:

- Money market funds allow for same-day wires if you call before 10:45 a.m., Eastern time, on a business day. Requests for wires from other funds are processed the same day at the fund's then-current net asset value if you call before 4 p.m. These wires should reach your bank by the close of the following business day.
- There is no Vanguard fee for wiring $5,000 or more to your bank, but there is a $5 fee for wiring proceeds of less than $5,000. (In addition, your bank may charge a fee for receiving a wire.)
- The minimum wire amount is $1,000.
- This form cannot be used for IRAs.

If you have any questions, please call us toll-free at 1-800-662-2739. Return the completed form in the enclosed postage-paid envelope or mail to: The Vanguard Group, P.O. Box 2680, Valley Forge, PA 19482. Please print in capital letters, preferably in black ink.

1. **Shareholder Information**   ☒ Add Wire Redemption Service   ☐ Change

   5 70 62-0347
   Social Security Number (Account Owner)

   914-650-9399
   Employer Identification Number (Account Owner)

   Sally D. SLichTER Jones, TR.
   Account Owner's or Trustee's Name (First, Middle Initial, Last)

   831-633-2007
   Daytime Telephone Number

   FAX:
   Maureen D. Swinden, TR.
   Joint Owner's or Co-Trustee's Name (First, Middle Initial, Last)

   831-633-1324
   Evening Telephone Number

   P.O. Box 69   8504 Laguna Place
   Street Address and Apartment or P.O. Box Number

   Moss Landing          Ca.    95039
   City                   State  Zip

2. **Vanguard Account Information** (List the Vanguard fund names and account numbers for which you authorize the transfer of redemption proceeds to your bank, credit union, or savings and loan account. All accounts listed below must be identically registered.)

   | Fund Name | Fund Number | Account Number |
   |---|---|---|
   | Vanguard Prime Money Market | 30 | 994 482 4000 |

(over, please)

## Vanguard® Checkwriting Application

### All Applicants
- Print clearly, preferably in capital letters and black ink.
- Vanguard offers checkwriting privileges for money market funds and most bond funds in both nonretirement accounts and IRAs. Refer to the *Vanguard® Fund and Account Option* list included with this form to find out which funds offer checkwriting.
- Checkwriting privileges are free.
- The minimum amount per check is $250.

**Do not use a check to close your account.**

### IRA Applicants Only (Traditional, Roth, Rollover, SEP, and SIMPLE)
- **Eligibility.** You are eligible to establish checkwriting on an IRA only if you are age 59½ or older and elect not to have federal and state income taxes withheld from your checkwriting distributions.
- **Number of signatures.** Only one signature is allowed for IRAs.
- **Taxes.** Checks written from your IRA are considered distributions and will be reported on IRS Form 1099-R. You are responsible for paying any federal, state, or local income taxes and any penalties that may apply to your IRA checkwriting distributions. You may be responsible for estimated tax payments and could incur penalties if your estimated tax payments are insufficient.
- **Required minimum distributions.** Checks written to complete your annual required minimum distribution must clear your account at Vanguard by December 31 of the year to which they apply. If a check does not clear your account by December 31, it will not be reported to the IRS on Form 1099-R in the year your RMD is due and you may be subject to federal penalties. *Note: Roth IRAs have no minimum distribution requirements.*
- Nonresident aliens and citizens with non-U.S. addresses are not eligible for checkwriting on IRAs.

**Do not use a check to correct an excess contribution or to transfer assets from your Vanguard IRA® to another IRA.**

### Funds for Which Checkwriting is Requested

| Fund Number | Fund Name | Account Number |
|---|---|---|
| 0 0 2 0 | PRIME MONEY MARKET FUND | 0 9 A 4 5 2 1 1 2 3 0 5 |
| | | |
| | | |
| | | |
| | | |

BCWB-page 2 of 2

**Please sign below.** *(All registered account owners, except minors, must sign below exactly as the checks will be signed. Checks drawn on any type of custodial account must be signed by the custodian.* **Note:** *Only one signature is allowed for IRA applicants.)*

I authorize Vanguard's custodian bank to honor checks drawn by me on my Vanguard Fund account and to effect a redemption of sufficient shares in the account to cover payment of such checks. I understand that (1) this privilege may be amended or terminated at any time by the fund or the bank, and neither shall incur any liability to me for such amendment or termination, or for honoring such checks, or for effecting redemptions to pay such checks, or for returning checks that have not been accepted; (2) checks drawn on a joint account will require the signature of one registered owner unless indicated otherwise below; (3) no check shall be issued or honored, or redemption effected, for any amounts represented by shares unless payment for such shares has been made in full and any checks given in such payment have been collected through normal banking channels; and (4) this privilege is subject to all the terms and conditions stated in the Vanguard fund's prospectus.

If I am establishing checkwriting on an IRA, I certify that I am age 59½ or older and I elect not to have federal and state income taxes withheld from my IRA checkwriting distributions. I understand that I am responsible for paying any taxes due on my IRA checkwriting distributions. I understand that I may be responsible for paying estimated taxes on my IRA checkwriting distributions, and if my estimated tax payments are insufficient, I may incur penalties.

Date (month, day, year)

☒ **Number of signatures required on checks.** *(If a number is not indicated, the signature of one account owner will be required.)*

▶ [signature]  Social Security Number: 5 7 0 - 0 2 - 6 3 4 7

▶ [signature: Maureen D. Swinder]  Social Security Number: 0 1 2 - 3 6 - 1 0 5 5

▶ Social Security Number: _ _ _ - _ _ - _ _ _ _

▶ Social Security Number: _ _ _ - _ _ - _ _ _ _

Return this form in the enclosed postage-paid envelope, or mail it to **The Vanguard Group, P.O. Box 1110, Valley Forge, PA 19482-1110.**

© 2004 The Vanguard Group, Inc. All rights reserved.    BCWB 032004

2

March 18, 2008

**Vanguard®**

Vanguard Flagship Services℠

P.O. Box 1103
Valley Forge, PA 19482-1103

MAUREEN D SWINDEN
1255 AVENIDA SEVILLA APT 1B
WALNUT CREEK CA 94595-3717

www.vanguard.com

Re: Redemption Confirmation

Dear Ms. Swinden:

I am responding to your telephone call requesting confirmation of redemptions from the Thomas R. Dwyer Trust. I am pleased to respond to your request.

I have listed below, each redemption that was made from the Trust. The trade date, transaction description, destination, and amount of each redemption were as follows:

**UA 11-01-1974 Thomas R. Dwyer Trust – Account #09944824000**

| Trade Date | Source | Transaction Description | Destination* | Amount |
|---|---|---|---|---|
| 05/24/2006 | Prime Money Market | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $18,543.90 |
| 05/25/2006 | Prime Money Market | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $17,900.00 |
| 06/08/2006 | Prime Money Market | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $3,000.00 |
| 07/03/2006 | Prime Money Market | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $5,000.00 |
| 07/05/2006 | Prime Money Market | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $30,000.00 |
| 07/06/2006 | Total Int'l Stock Index | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $60,655.00 |
| 07/06/2006 | Total Stock Mkt Adm | Sell – Electronic Bank Transfer | USAA Federal Savings Bank | $100,000.00 |

*In all cases the bank account that received the transfers was registered as follows:

    Routing Number:    314074269
    Account Number:   07172737
    Name on Account:  Sally D. Slichter Jones

FLALH 062007

**EXHIBIT B**

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

THE VANGUARD GROUP, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MAUREEN DWYER SWINDEN, TRUSTEE OF THE THOMAS R. DWYER TRUST

FILED
2009 JUL -2 A 9:45
K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.
BY: D. Wagner, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):*
County of Contra Costa, Walnut Creek Branch
725 Court Street, Martinez, Ca. 94553

**CASE NUMBER:** C09 01862

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Lawrence Alioto, State Bar No. 38931, 582 Market Street, Ste. 607, San Francisco, CA 94104  415-399-0533

DATE: JUL - 2 2009      CLERK OF THE SUPERIOR COURT      Clerk, by **D. WAGNER**, Deputy
*(Fecha)*                                                *(Secretario)*                 *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* The Vanguard Group, Inc.
   under: ☒ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use          **SUMMONS**          Code of Civil Procedure §§ 412.20, 465
Judicial Council of California                                www.courtinfo.ca.gov
SUM-100 [Rev. July 1, 2009]
                                                              American LegalNet, Inc.
                                                              www.FormsWorkflow.com

**PROOF OF SERVICE — SUMMONS**
*(Use separate proof of service for each person served)*

1. I served the
   a. ☐ summons ☐ complaint ☐ amended summons ☐ amended complaint
      ☐ completed and blank Case Questionnaires ☐ Other *(specify)*:
   b. on defendant *(name)*:
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served)*: J. Chris Davis-Morrison, director and officer of International Multimedia Corporation aka IMC
   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ Personal service. By personally delivering copies. (CCP 415.10)
   b. ☐ Substituted service on corporation, unincorporated association (including partnership), or public entity. By leaving, during usual office hours copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(a))
   c. ☐ Substituted service on natural person, minor, conservatee, or candidate. By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP 415.20(b)) *(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)*
   d. ☐ Mail and acknowledgment service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP 415.30) *(Attach completed acknowledgment of receipt.)*
   e. ☐ Certified or registered mail service. By mailing to an address outside California (by first-class mail postage prepaid, requiring a return receipt) copies to the person served. (CCP 415.40) *(Attach signed return receipt or other evidence of actual delivery to the person served.)*
   f. ☐ Other *(specify code section)*:
      ☐ additional page is attached.

3. The "Notice to the Person Served" (on the summons) was completed as follows (CCP 412.30, 415.10, and 474):
   a. ☐ as an individual defendant as the person sued under the
   b. ☐ fictitious name of *(specify)*:
   c. ☐ on behalf of *(specify)*: International Multimedia Corporation aka IMC
      under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)    ☐ other:
             ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (individual)
   d. ☐ by personal delivery on *(date)*:                , 2003

4. At the time of service I was at least 18 years of age and not a party to this action.
5. Fee for service: $
6. Person serving:
   a. ☐ California sheriff, marshal, or constable.
   b. ☐ Registered California process server.
   c. ☐ Employee or independent contractor of a registered California process server.
   d. ☐ Not a registered California process server.
   e. ☐ Exempt from registration under Bus. & Prof. Code 22350(b).

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:                                                   Date:

▶ _____                              ▶ _____
       (SIGNATURE)                                            (SIGNATURE)

982(a)(9) [Rev. January 1, 1984]

www.lawca.com
Legal Publishers

SUPERIOR COURT - MARTINEZ
COUNTY OF CONTRA COSTA
MARTINEZ, CA, 94553

SWINDEN, TRUSTEE VS THE VANGUARD GROUP, INC.

NOTICE OF CASE MANAGEMENT CONFERENCE          CIVMSC09-01862

1. NOTICE: THE CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED FOR:

DATE: 11/19/09     DEPT: 09     TIME: 8:30

THIS FORM, A COPY OF THE NOTICE TO PLAINTIFFS, THE ADR INFORMATION SHEET, A BLANK CASE MANAGEMENT CONFERENCE QUESTIONNAIRE, AND A BLANK STIPULATION FORM ARE TO BE SERVED ON OPPOSING PARTIES. ALL PARTIES SERVED WITH SUMMONS AND COMPLAINT/CROSS-COMPLAINT OR THEIR ATTORNEY OF RECORD MUST APPEAR.

2. You may stipulate to an earlier Case Management Conference. If all parties agree to an early Case Management Conference, please contact the Court Clerk's Office at (925)957-5794 for Unlimited Civil cases and (925)957-5791 for Limited Civil cases for assignment of an earlier date.

3. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference and to discuss the suitability of this case for the EASE Program, private mediation, binding or non-binding arbitration, and/or use of a Special Master.

4. At any Case Management Conference the court may make pretrial orders including the following:

   a. an order establishing a discovery schedule
   b. an order referring the case to arbitration
   c. an order transferring the case to limited jurisdiction
   d. an order dismissing fictitious defendants
   e. an order scheduling exchange of expert witness information
   f. an order setting subsequent conference and the trial date
   g. an order consolidating cases
   h. an order severing trial of cross-complaints or bifurcating issues
   i. an order determining when demurrers and motions will be filed

SANCTIONS

If you do not file the Case Management Conference Questionnaire or attend the Case Management Conference or participate effectively in the Conference, the court may impose sanctions (including dismissal of the case and payment of money).

Clerk of the Superior Court of Contra Costa County
I declare under penalty of perjury that I am not a party to this action, and that I delivered or mailed a copy of this notice to the person representing the plaintiff/cross-complainant.

Dated: 07/02/09                              D. WAGNER, Deputy Clerk