```
LAWRENCE ALIOTO
California State Bar No. 38931
582 Market St., Ste. 607
San Francisco, CA  94104
Telephone: (415) 399-0533
Fax:       (415) 399-9868
Email:  larralioto@yahoo.com

Attorney for Plaintiff
Maureen Dwyer Swinden,
Trustee of the Thomas R. Dwyer Trust
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUREEN DWYER SWINDEN, TRUSTEE OF THE THOMAS R. DWYER TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> THE VANGUARD GROUP, INC., <br><br> Defendant. | Case No. C 09-03816 SI <br><br> **PROPOSED STIPULATION CONTINUING HEARING OF MOTION TO DISMISS** <br><br> Date: October 2, 2009 <br> Time: 9:00 a.m. <br> Dept: Courtroom 10, 19th Floor <br>      Honorable Susan Illston |

Subject to the court's approval, the parties hereby stipulate that the hearing on defendant's motion to dismiss, presently set for October 2, 2009 at 9:00 a.m., may be continued to Friday October 9, 2009 at 9:00 a.m., and that all corresponding filing dates be changed accordingly. The purpose of this proposed stipulation is to give defendant's counsel additional time to file opposition to the motion. Said counsel is presently occupied

1
**PROPOSED STIPULATION CONTINUING HEARING OF MOTION TO DISMISS**

1 preparing papers in opposition to demurrer in A llison v. NMV, et
2 al. 109 CV 145956 in Santa Clara County Superior Court, which
3 papers are due on Monday September 14, 2009.

4  September 11, 2009

/s/
_____
Lawrence Alioto
Attorney for Plaintiff, Maureen
Dwyer Swinden, Trustee

 September 11, 2009

/s/
_____
S. Fey Epling
Drinker Biddle & Reath LLP
Attorneys for Defendant, The
Vanguard Group, Inc.

Approved and so ordered:

_____
Susan Illston
United States District Judge

2
**PROPOSED STIPULATION CONTINUING HEARING OF MOTION TO DISM ISS**