1  S. FEY EPLING (SBN #190025)
   fey.epling@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, CA  94105-2235
   Telephone:     (415) 591-7500
4  Facsimile:      (415) 591-7510

5  Attorneys for Defendant
   THE VANGUARD GROUP, INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 MAUREEN DWYER SWINDEN,               Case No. 3:09-cv-03816-SI
   TRUSTEE OF THE THOMAS R.
12 DWYER TRUST,                         **STIPULATION AND [PROPOSED]
                                        ORDER ENLARGING TIME FOR
13              Plaintiff,              DEFENDANT TO FILE A REPLY IN
                                        SUPPORT OF ITS MOTION TO DISMISS
14      v.                              Civil L.R. 6-2**

15 THE VANGUARD GROUP, INC.,

16              Defendant.

17

18

19 / / /

20 / / /

21 / / /

22

23

24

25

26

27

28

PROPOSED STIPULATION ENLARGING TIME
DEFENDANT'S MOTION TO DISMISS REPLY          CASE NO. 3:09-CV-03816-SI
SF01/ 654688.1

1    Subject to the Court's approval, the parties hereby stipulate that the time within which

2 defendant The Vanguard Group, Inc. has to file its reply in support of its Motion to Dismiss is

3 enlarged by one business day.  This extension will not change the date of the Motion to Dismiss

4 hearing, currently set for October 9, 2009 or affect the schedule for the case in any other way.

5 Pursuant to Local Rule 7-3, plaintiff's opposition to defendant's Motion to Dismiss was due on

6 Friday, September 18, 2009 and defendant's reply is required to be filed on Friday, September 25,

7 2009.  Due to maintenance on the Court's Electronic Case Filing system, plaintiff was not able to

8 file and serve her opposition until Monday, September 21, 2009.  As her opposition was filed one

9 business day after the filing deadline, plaintiff has agreed to extend defendant the courtesy of

10 filing its reply one day after the filing deadline.  Defendant's reply will now be due on Monday,

11 September 28, 2009.  The parties agree that this extension will not prejudice them in any way.

12

13 September 23, 2009        ___/s/ S. Fey Epling_____
                       S. Fey Epling

14                      Attorney for Defendant
                      The Vanguard Group, Inc.

15 September 23, 2009        ___/s/ Lawrence Alioto_____
                       Lawrence Alioto

16                      Attorney for Plaintiff
                      Maureen Dwyer Swinden, Trustee

17

18 Approved and so ordered:

19

20                     _____
                      Susan Illston, U.S.D.J.

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED STIPULATION ENLARGING TIME
DEFENDANT'S MOTION TO DISMISS REPLY
SF01/ 654688.1

- 2 -

CASE NO. 3:09-CV-03816-SI