| | |
|---|---|
| 1 | S. FEY EPLING (SBN #190025) |
| | fey.epling@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
| | Telephone:     (415) 591-7500 |
| 4 | Facsimile:      (415) 591-7510 |
| 5 | DAVID J. ANTCZAK (*admitted pro hac vice*) |
| | david.antczak@dbr.com |
| 6 | RICHARD E. COE (*admitted pro hac vice*) |
| | richard.coe@dbr.com |
| 7 | DRINKER BIDDLE & REATH LLP |
| | One Logan Square |
| 8 | 18th & Cherry Streets |
| | Philadelphia, PA  19103-6996 |
| 9 | Telephone:     (215) 988-2700 |
| | Facsimile:      (215) 988-2757 |
| 10 | |
| 11 | Attorneys for Defendants |
| | THE VANGUARD GROUP, INC., VANGUARD |
| | MARKETING CORPORATION and VANGUARD |
| 12 | BROKERAGE SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUREEN DWYER SWINDEN, TRUSTEE OF THE THOMAS R. DWYER TRUST, | Case No. 3:09-CV-03816-SI |
| Plaintiff, | **STIPULATION REGARDING SERVICE AND TIME FOR VANGUARD DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| THE VANGUARD GROUP, INC., *et al.*, | |
| Defendants. | |

Plaintiff Maureen Dwyer Swinden and defendants The Vanguard Group, Inc., Vanguard Marketing Corporation and Vanguard Brokerage Services (collectively, the "Vanguard Defendants"), by and through their respective undersigned counsel and pursuant to Civil L.R. 6-1(a), stipulate as follows:

1. On November 5, 2009, Ms. Swinden filed the Amended Complaint in this action and thereby added Vanguard Marketing Corporation and Vanguard Brokerage Services as defendants in addition to existing defendant The Vanguard Group, Inc.

2. Pursuant to Fed. R. Civ. P. 6(a) and (d) and 15(a)(3), The Vanguard Group, Inc.'s deadline to respond to the Amended Complaint is November 23, 2009.

3. Ms. Swinden has not yet served Vanguard Marketing Corporation, and counsel for the Vanguard Defendants has represented that Vanguard Brokerage Services is not a separate legal entity that may be served and is instead a division of Vanguard Marketing Corporation.

4. Counsel for the Vanguard Defendants agrees to accept service of the Amended Complaint in lieu of service pursuant to Fed. R. Civ. P. 4, and Ms. Swinden has in turn agreed to grant the Vanguard Defendants until on or before December 7, 2009 to answer, plead or otherwise move in response to the Amended Complaint.

5. No previous extension has been requested or granted.

November 13, 2009

By: /s/ Lawrence Alioto
Lawrence Alioto
Attorney for Plaintiff Maureen Dwyer Swinden

November 13, 2009

By: /s/ S. Fey Epling
S. Fey Epling
David J. Antczak (admitted *pro hac vice*)
Richard E. Coe (admitted *pro hac vice*)
Attorneys for Defendants The Vanguard Group, Inc., Vanguard Marketing Corporation and Vanguard Brokerage Services

Approved and so ordered:

Susan Illston, U.S.D.J.