| | |
|---|---|
| 1 | S. FEY EPLING (SBN #190025) |
|  | fey.epling@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
|  | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, CA  94105-2235 |
|  | Telephone:    (415) 591-7500 |
| 4 | Facsimile:     (415) 591-7510 |
| 5 | DAVID J. ANTCZAK (*admitted pro hac vice*) |
|  | david.antczak@dbr.com |
| 6 | RICHARD E. COE (*admitted pro hac vice*) |
|  | richard.coe@dbr.com |
| 7 | DRINKER BIDDLE & REATH LLP |
|  | One Logan Square |
| 8 | 18th & Cherry Streets |
|  | Philadelphia, PA  19103-6996 |
| 9 | Telephone:    (215) 988-2700 |
|  | Facsimile:     (215) 988-2757 |
| 10 | |
|  | Attorneys for Defendants |
| 11 | THE VANGUARD GROUP, INC., VANGUARD |
|  | MARKETING CORPORATION and VANGUARD |
| 12 | BROKERAGE SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUREEN DWYER SWINDEN, TRUSTEE OF THE THOMAS R. DWYER TRUST, | Case No. 3:09-CV-03816-SI |
|  | **STIPULATION OF DISMISSAL OF DEFENDANT VANGUARD BROKERAGE SERVICES** |
| Plaintiff, | |
| v. | |
| THE VANGUARD GROUP, INC., *et al.*, | |
| Defendants. | |

Plaintiff Maureen Dwyer Swinden and defendants The Vanguard Group, Inc., Vanguard Marketing Corporation and Vanguard Brokerage Services, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, without prejudice, of defendant Vanguard Brokerage Services. Each side shall bear its own costs and attorneys' fees.

SO STIPULATED:

November 13, 2009

By: /s/ Lawrence Alioto
Lawrence Alioto
Attorney for Plaintiff Maureen Dwyer Swinden

November 13, 2009

By: /s/ S. Fey Epling
S. Fey Epling
David J. Antczak (admitted *pro hac vice*)
Richard E. Coe (admitted *pro hac vice*)
Attorneys for Defendants The Vanguard Group, Inc., Vanguard Marketing Corporation and Vanguard Brokerage Services

Approved and so ordered:

_____
Susan Illston, U.S.D.J.

---

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION RE SERVICE AND TIME FOR VANGUARD DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

CASE NO. 3:09-CV-03816-SI