```
LAWRENCE ALIOTO
California State Bar No. 38931
582 Market St., Ste. 607
San Francisco, CA  94104
Telephone: (415) 399-0533
Fax:       (415) 399-9868
Email:  larralioto@yahoo.com

Attorney for Plaintiff
Maureen Dwyer Swinden,
Trustee
```

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAUREEN DWYER SWINDEN, TRUSTEE AND BENEFICIARY OF THE THOMAS R. DWYER TRUST,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE VANGUARD GROUP, INC.; VANGUARD MARKETING CORPORATION; and SALLY D. SLICHTER,<br><br>    Defendants.<br>_____<br><br>SALLY D. SLICHTER,<br><br>    Counterclaimant,<br><br>  vs.<br><br>MAUREEN DWYER SWINDEN,<br><br>    Counterclaim Defendant<br>_____ | Case No. C 09-03816 SI<br><br>**MOTION FOR ORDER EXTENDING TIME FOR FILING OF REPLY BRIEF ON MOTION TO REMAND**<br><br>Date: January 15, 2010<br>Time: 9:00 a.m.<br>Courtroom: 10, 19th Fl.<br>Judge: Hon. Susan Illston |

1
**MOTION FOR ORDER EXTENDING TIME FOR FILING OF REPLY BRIEF ON MOTION TO REMAND**

Motion

Plaintiff's reply brief on the above referenced motion was due on December 31, 2009. On that day undersigned counsel, who is solely responsible for prosecution of the present action, filed a lengthy document in a case pending in Santa Clara County Superior Court, the preparation of which document occupied undersigned counsel's time in the short week of December 28, 2009. During that week undersigned counsel contacted opposing counsel in this case, who stated they would not oppose a 7-day extension of plaintiff's time to file a reply brief on the plaintiff's motion to remand. There have been no prior extensions. Plaintiff's reply brief will be of assistance to the court. Defendant Vanguard's opposition to plaintiff's motion to remand contains arguments as to which there is yet in the record no response.

Plaintiff therefore moves for an order extending to January 8, 2010 at 5:00 p.m. the time to file a reply brief on plaintiff's motion to remand to state court.

January 5, 2010     Respectfully,


/s/
_____
Lawrence Alioto
Attorney for Plaintiff, Maureen Dwyer Swinden

2
**MOTION FOR ORDER EXTENDING TIME FOR FILING OF REPLY BRIEF ON MOTION TO REMAND**

DECLARATION OF COUNSEL
---

I, Lawrence Alioto, declare under penalty of perjury that I prepared the foregoing motion and that all statements therein are true and correct.

San Francisco, CA

January 5, 2010

/s/
_____
Lawrence Alioto

**MOTION FOR ORDER EXTENDING TIME FOR FILING OF REPLY BRIEF ON MOTION TO REMAND**